DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARI MICHELLE SANCHEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0327

[October 16, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502024MH000230.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jacqueline I. Kurland, Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Antoine v. State*, 368 So. 3d 12 (Fla. 4th DCA 2023).

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***